JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Patricia Moulton, | ) | 2:07-cv-01207-FMC-RZx |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| Conseco Inc et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The Court has been advised by counsel that this action has been settled and it is not necessary for the action to remain on the calendar of the Court. All pending court dates are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for entry of dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: April 29, 2008 _____

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE